JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 725 -- In re Highway Accident in Chicago, Illinois, on January 29, 1984

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/02/02 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A-D -- w/cert. of svc. -- deft. Rollin Wheels Management Corp. -- SUGGESTED TRANSFEREE DISTRICT: N.D. ILLINOIS, SUGGESTED TRANSFEREE JUDGE: (tmq) |
| 87/02/03 | 2 | RESPONSE (to pldge. #1) -- Conrails -- w/cert. of svc. (tmq) |
| 87/02/12 | | APPEARANCES: ARVIN J. PEARLMAN, ESQ. for Jack Reavis; CRAIG A. TOMASSI, ESQ. for Bill Tomczak Dodge, Inc.; KENNETH A. PETERSON, ESQ. for Consolidated Rail Corporation. (tmq) |
| 87/02/17 | 3 | RESPONSE (to pldge. 1) -- Pltf. Jack Reavis -- w/cert. of svc. (tmq) |
| 87/02/17 | | APPEARANCES: LAWRENCE A. KATZ, ESQ. for Harold Whicker; WILLIS P. JONES, JR. ESQ. for Rollin Wheels Management Corp. (tmq) |
| 87/02/19 | 4 | RESPONSE (to pldg. #1) -- pltf. Harold D. Whicker -- w/cert. of service (cds) |
| 87/02/19 | | HEARING ORDER -- Setting motion for transfer for Panel Hearing on March 26, 1987 in San Diego, California (cds) |
| 87/03/06 | | CORRECTION TO FEBRUARY 19, 1987 HEARING ORDER -- deleting S.D. Michigan from schedule and adding E.D. Michigan in its place -- NOTIFIED INVOLVED COUNSEL, JUDGE AND CLERK (cds) |
| 87/03/11 | 5 | LETTER (recent developments) -- signed by Craig A. Tomassi, Esq., counsel for deft. Bill Tomczak Dodge, Inc. -- w/cert. of service (cds) |
| 87/03/17 | | APPEARANCE: GEORGENE M. WILSON, ESQ. FOR Rollin' Wheels Management Corp. (cds) |
| 87/03/19 | 6 | LETTER W/COPY OF DISMISSAL RE A-1 -- signed by Kenneth A. Peterson, Esq., counsel for Consolidated Rail Corp. -- w/service (cds) |
| 87/03/20 | 7 | MOTION TO WITHDRAW AND DISMISS THE MOTION TO TRANSFER -- deft. Rollin Wheels Management Corp. -- w/cert. of service (cds) |
| 87/03/23 | | ORDER WITHDRAWING MOTION AND VACATING THE MARCH 26, 1987 HEARING -- Notified involved judges, clerks, counsel and misc. recipients. (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 725 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Highway Accident in Chicago, Illinois, on January 29, 1984

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | MO | unpublished | | | |

Special Transferee Information

DATE CLOSED: March 23, 1987

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 725 -- In re Highway Accident in Chicago, Illinois, on January 29, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Raymond Turkington, Jr. v. Consolidated Rail Corp., et al., v. Rollin Wheels Management Corp. | Ohio,N. ~~Walinski~~ McQuade | 86-7070 | | | | Dis'd March 9, 1987 |
| A-2 | Jack Reavis v. Consolidated Rail Corp. | Mich.,E. Feikens | 86-CV-71676 DT | | | 3/23/87 D. | |
| A-3 | Harold Whicker v. Consolidated Rail Corp., et al. v. Rollin Wheels Management Corp., et al. | Ill.,N. Williams | 85-C-6137 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 725 -- In re Highway Accident in Chicago, Illinois, on January 29, 1984

RAYMOND TURKINGTON, JR. (A-1)
(No App. Rec'd)
Michael E. McGill, Esquire
Leizerman, McGill & Williams
717 Madison Avenue
Toledo, Ohio 43624

JACK REAVIS (A-2)
Arvin J. Pearlman, Esquire
Provizer, Eisenberg, Lichtenstein & Pearlman, P.C.
4000 Town Center, Suite 1240
Southfield, Michigan 48075

HAROLD WHICKER (A-3)
Lawrence A. Katz, Esquire
Coffey & Kaye
Suite 718, Two Bala Plaza
Bala Cynwyd, Pennsylvania 19004

ROLLIN WHEELS MANAGEMENT CORP., ET AL.
Georgene M. Wilson, Esq.
Sweeney and Riman, Ltd.
230 West Monroe St. - Suite 2900
Chicago, IL  60606

CONSOLIDATED RAIL CORPORATION
Kenneth A. Peterson, Esquire
Lord, Bissell & Brook
115 S. LaSalle Stret
Chicago, Illinois 60603

ALPHONSE GUARJARDO
Alan B. Dills, Esquire
Cooper, Straub, Walinski & Cramer
900 Adams Street
Toledo, Ohio 43624

BILL TOMCZAK DODGE, INC.
Craig A. Tomassi, Esquire
Williams & Montgomery, Ltd.
20 N. Wacker Drive
Suite 2100
Chicago, Illinois 60606

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 725 -- In re Highway Accident in Chicago, Illinois, on January 29, 1984

| Name of Party | Named as Party in Following Actions |
|---|---|
| ROLLIN WHEELS MANAGEMENT CORP., d/b/a ROLLIN WHEELS MOTOR HOTEL | A-1, A-3 |
| CONSOLIDATED RAIL CORP. | A-3, A-2, A-1 |
| ALPHONSE GUARJARDO | A-1 |
| BILL TOMCZAK DODGE, INC. | A-3 |