JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 23 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 725

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HIGHWAY ACCIDENT IN CHICAGO, ILLINOIS, ON JANUARY 29, 1984

ORDER WITHDRAWING MOTION AND
VACATING THE MARCH 26, 1987 HEARING

On March 20, 1987, the Panel received a request by movant to withdraw its motion because two of the three lawsuits in this litigation have been settled.

IT IS THEREFORE ORDERED that Rollin Wheels Management Corp.'s motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on February 19, 1987, as corrected on March 6, 1987, be, and the same hereby are, VACATED insofar as they relate to the above-referenced litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

MDL-725 --In re Highway Accident in Chicago, Illinois, on January 29, 1984

Northern District of Ohio

Raymond Turkington, Jr. v. Consolidated Rail Corp., et al., v. Rollin Wheels Management Corp., C.A. No. 86-7070

Eastern District of Michigan

Jack Reavis v. Consolidated Rail Corp., C.A. No. 86-CV-71676 DT

Northern District of Illinois

Harold Whicker v. Consolidated Rail Corp. v. Rollin Wheels Management Corp., et al., C.A. No. 85-C-6137